UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
RAUL DAVIS,                         :
                 Petitioner,        : 07 Civ. 9265 (SHS)(FM)
                                    : NOTICE OF MOTION
         -against-                  :
                                    :
ROBERT ERCOLE                       :
                                    :
                 Respondent,        :
------------------------------------X

**MEMO ENDORSED**

Sir/Madam,

Please take notice that upon the annexed affirmation of Mr. Raul Davis, affirmed April 14th, 2008 and upon the complaint herin, petitioner will move this Court, in room _____ U.S. District Court house S.D.N.Y. N.Y. N.Y. 10007 on the _____ day of 2008, at _____ am or soon thereafter as petitioner can be heard for an Order granting petitioners request for a stay/abeyance on his timely filed habeas petition, and holding the proceedings in abeyance so that petitioner may return to the State court to properely exhaust his State remedies; before returning back to Federal court for possible review, and for such relief as the Court deems Just and proper.

Dated: Stormville, New York
April, 14th 2008

*Motion granted on consent on condition that the petitioner file his §440.10 motion within thirty days of his receipt of this order; notify this Court within thirty days after he has exhausted his remedies with respect to that motion; and furnish the Court with a copy of any rulings by the State court regarding his motion, together with a copy of his motion papers.*

*Frank Maas, USMJ, 5/6/08*