USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

RAUL DAVIS,                              :        07 Civ. 9265 (SHS)

                Petitioner,       :

      -against-                    :        <u>ORDER</u>

THE PEOPLE OF THE STATE OF NEW YORK, :

                Respondent.       :

--------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

On May 18, 2011, Magistrate Judge Frank Mass issued a Report and Recommendation recommending that Davis' petition pursuant to 28 U.S.C. § 2254 be denied. Objections to the Report & Recommendation were due on June 6, 2011. To date, no objections have been received by the Court. After a *de novo* review of the May 18, 2011, Report and Recommendation,

IT IS HEREBY ORDERED that:

1.      Magistrate Judge Maas' Report and Recommendation is adopted;

2.      The petition pursuant to 28 U.S.C. § 2254 is dismissed;

3.      As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253; <u>see also</u> <u>Richardson v. Greene</u>, 497 F.3d 212, 217 (2d Cir. 2007); and

4.      Pursuant to 28 U.S.C. § 1915(a) the Court certifies that any appeal from this Order would not be taken in good faith.

Dated: New York, New York
       June 23, 2011

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.